

*Application granted. The Clerk of Court is respectfully directed to accept Defendant's medical records for filing under seal.*

*SO ORDERED.*

*Cathy Seibel*
*CATHY SEIBEL, U.S.D.J.*

*3/16/22*

March 16, 2022

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:     United States v. Erin Verespy, S1 21 CR24 (CS)
        Defendant Verespy's Letter Motion for Permission to File Sealed Documents as
        Exhibits to the Defendant's Sentencing Memorandum

Your Honor,

The Defendant through undersigned counsel respectfully requests permission to file Exhibits under seal in relation to the Defendant's Sentencing Memorandum.

Specifically, the Defendant requests permission to file the following medical records under seal in that their specificity and authenticity relate information relevant to the Defendant and the subject matter of Defendant's Sentencing Memorandum:

A.  Diagnosis letter from Dr. Sonia M. Gordon-Dole, 3/29/2021
    - Defendant's date of birth redacted

C.  Yale New Haven / Bridgeport Hospital medical records, 12/24/21

D.  Defendant's Medical Records Excerpts
    - Dr. Sonia M. Gordon-Dole Progress Notes, 2/20/21, pp. 1-5
    - List of prescription drugs, 3/30/21, pp. 6-9
    - Orthopaedic Specialty Group, PC, pp. 10-12
    - Dr. Joni H. Hansson, Nephrologist, pp. 13-14
    - Gastroenterology Center of Connecticut, pp. 15-26

Respectfully submitted,
The Defendant, Erin Verespy

By  _____
    C. Christian Young, Esq.
    Counsel for the Defendant
    (203) 337-4110

cc:  Nicholas S. Bradley, Esq.
     Assistant United States Attorney

1115 BROAD STREET
P.O. BOX 1821
BRIDGEPORT, CT 06601-1821
TEL: (203) 368-0211
FAX: (203) 394-9901

158 DEER HILL AVENUE
DANBURY, CT 06810
TEL: (203) 792-2771
FAX: (203) 791-8149

320 POST ROAD WEST
WESTPORT, CT 06880
TEL: (203) 222-1034
FAX: (203) 227-1373