

**COHEN and WOLF** P.C.
ATTORNEYS AT LAW

May 5, 2022

The Honorable Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Erin Verespy, S1 21 CR24 (CS)
      Defendant Verespy's Letter Motion to Extend Self-Surrender Date

Your Honor,

The Defendant through undersigned counsel respectfully requests an extension of time of her self-surrender date. The Defendant learned yesterday of her BOP designation to FMC Carswell, TX. She is currently ordered to self-surrender on May 12, 2022, by 10:00 am CT, and, will need to secure public transportation with an aide / assistant.

Ms. Verespy is presently covid-positive as are some of her immediate family members. A PCR test yielding a positive result taken by Ms. Verespy on today's date is annexed hereto.

The Government has no objection to a request to extend the surrender date by two weeks in light of the positive covid test, provided the defendant is quarantining consistent with the CDC guidance and surrenders promptly upon completion of quarantine. The Defendant suffers from an autoimmune disease that has rendered her atypically vulnerable.

Accordingly, the Defendant respectfully requests that the Court grant this letter motion to extend her self-surrender date.

Respectfully submitted,
The Defendant, Erin Verespy

By _____
C. Christian Young, Esq.
Counsel for the Defendant
(203) 337-4110

cc:   Nicholas S. Bradley, Esq.
      Assistant United States Attorney

---

*Handwritten/stamped order by Judge:*

Application granted. Ms. Verespy shall self-surrender to FMC Carswell no later than 10 am on May 26, 2022, and in the meantime shall abide by CDC recommendations regarding isolation following a positive COVID test (which was not attached but which I have no reason to doubt).

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
5/5/22

---

1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821
Tel: (203) 368-0211
Fax: (203) 394-9901

158 Deer Hill Avenue
Danbury, CT 06810
Tel: (203) 792-2771
Fax: (203) 791-8149

320 Post Road West
Westport, CT 06880
Tel: (203) 222-1034
Fax: (203) 227-1373