UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED APR 24 2023 U.S.D.C. W.P.

UNITED STATES OF AMERICA, )
        PLAINTIFF )
  )
vs. )
  ) Case# 7:21-CR-00024 (CS)(2)
ERIN VERESPY, )
        DEFENDANT )

## MOTION TO DEFER RESTITUTION

    COMES NOW, ERIN VERESPY, hereinafter referred as Defendant to request of this court to defer said restitution until Defendant is released from BOP (Bureau of Prison) custody. The Defendant will show cause for said motion:

    The Defendant pled guilty to the charge of Conspiracy to Commit Wire Fraud and Bank Fraud a violation of code 18 USC§ 1349. The Defendant was sentenced to a term of 66 (sixty six) months in prison, a term of 5 (five) years Supervised Release and to pay restitution in the amount of $16,053,508.19 (sixteen million fifty three thousand five hundred eight dollars and nineteen cents) joint and several. The Defendants had co-defendants, Vanessa Battle, Anthony Riccardi and Patricia Riccardi; at the time of the filing of this motion the Defendant is not aware or knowledgable of the outcome of their cases. Furthermore the defendant has had no contact with the listed co-defendants. Their judicial rulings does not or should not have any affect for the ruling on this motion. The Defendant is filing for her own merits and not the facts or merits of her co-defendants.

    The Defendant self surrendered on June 30, 2022 (see EXHIBIT A) to the Federal Medical Center Carswell in Fort Worth, Texas. A BOP institution where she is to be remanded in custody to serve the imposed 66 (sixty six) month prison term.

    The Defendant is required to attend a unit team meeting every 180 (one hundred eighty) days per BOP policy 5322.13 for a progress review (see EXHIBIT B). On or about February 23, 2023, the Defendant attended required meeting with Case Manager, Ms. Groves. At this time the Defendant was required to sign an IFRP (Inmate Financial

Responsibilty Program) contract requiring of the Defendant to pay $150.00 (one hundred fifty) dollars per month toward the said restitution. The Defendant during her sentencing was told by the court that restitution could be paid after the Defendant was released from BOP custody at a rate of 20% (twenty percent) of her gross monthly income.

The Defendant's financial circumstances has dramatically changed since the unit team meeting and she can no longer honor the signed IFRP contract. On or about February 28, 2023, the Defendant's husband, David Verespy, filed for a Decree of Divorce from Defendant (see EXHIBIT C). The Defendant was completely unaware of this action taken by her husband. The Defendant's monitary source and support was 100% (one hundred percent) derived from her husband. David Verespy has stated that he is unsure and not willing to continue providing anything to the Defendant during or after her prison term. The Defendant has 2 (two) minor children currently in high school as well as 2 (two) children under the age of 21 that attend college(s). The said children are unable to provide financial support to the Defendant. The Defendant has no family or friends that can provide the needed financial support she will require while incarcerated.

The Defendant is working at the FMC Carswell facility as unit orderlie which pays .12 (twelve) cents per hour, an average of $12.00 (twelve) dollars per month (see EXHIBIT D). This will be used to purchase hygiene items, OTC medications and required co-pays to be seen by health care professionals as required by the BOP policy 6031.02 (see EXHIBIT E).

If the Defendant cannot pay the IFRP contract payment she will be placed in refusal status per BOP policy 5308.08 (see EXHIBIT F). IFRP refusal status comes with an array of unjust punishments such as worse/lower housing, the inability to earn over $5.25 (five dollars and twenty five cents) per month, the lacking to participate in programming, and other items. IFRP refusal status also makes the Defendant ineligible to receiving the EBRR (Evidentary Based Recidivisim Reductions) sentence credits as per the BOP policy statement 5220.01 regarding the

2

FSA (First Step Act) (see EXHIBIT G). The Defendant has a current projected release date of March 5, 2027 (see EXHIBIT H) and needs the EBRR sentence credits.

The Defendant is currently enrolled and participating in the LCP (Life Connection Program) classes. LCP is a 500 (five hundred) hour residential program offered by the BOP Chapel Services. The program takes 18 (eighteen) months to complete. The program gives the tools and assist inmates with connections for their reentry back into society (see EXHIBIT I). LCP has the inmate to sign a contract stating what is required to complete the classes and it is also signed by other staff memebers, including the Warden at FMC Carswell (see EXHIBIT J). If the defendant is placed in refusal status she will be expelled from the program.

The Defendant has put forth much effort to take various classes and programs at FMC Carswell that would benefit her once released. The Defendant has chronic medical conditions to which she endures while she remains diligent on making positive changes during her incarceration. The Defendant desires to become a productive tax paying citizen and role model for her children upon her release. However, if her restitution is not deferred this action will hinder any further progression of any programs she can participate in for the remainder of her prison term.

The Defendant prays this court will defer said restitution until she is out of the BOP custody. The Defendant further prays this motion is ruled on within 30 (thirty) days of filing this motion due to the urgency of the matter.

Respectfully Submitted

*Erin Verespy*
ERIN VERESPY
PRO-SE

Motion denied without prejudice to renewal. The Court ordered in its Judgment directed that Defendant make restitution during her imprisonment under the IFRP, at not less than $25 per quarter. If the BOP directed that she pay $150 per month, and her financial situation has since changed, she should seek review of that determination within BOP via her case manager. She may file a grievance, using the available procedures, if she is dissatisfied with the outcome. If those avenues provide no redress, she may renew her motion under 18 USC 3664(k).

3

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

4/25/23

The Clerk shall send a copy of this Order to Ms. Verespy.

CERTIFICATE OF SERVICE

I, ERIN VERESPY, under the penalty of perjury hereby swears by my signature below that the facts in the Motion to Defer Restitution are true and exact to the best of my knowledge.

_____
ERIN VERESPY

I, a notary in the State of Texas, in the County of Tarrant testifies the signature above is of Erin Verespy.



_____
NOTARY

I, ERIN VERESPY mailed the said Motion to Defer Restitution to the United States District Court, Southern District of New York to the address of Charles L. Brieant, Jr., United States Courthouse 300 Quarropas Street, White Plains, New York 10601-4150 thru the United States Postal Service used by the FMC Carswell inmate mail system, with the correct affixed postage as required by the U.S. Postal Service on the __6__ day of April, 2023.

_____
ERIN VERESPY

EXHIBIT A
Case 7:21-cr-00024-CS   Document 125   Filed 04/25/23   Page 5 of 20
Case 7:21-cr-00024-CS   Document 114   Filed 03/29/22   Page 2 of 8

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 8

DEFENDANT: Erin Verespy
CASE NUMBER: 7:21-CR-00024 (CS) (2)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Sixty-six (66) months as to Count One of S1 Information 21 CR 00024 (CS). Defendant is advised of her right to appeal.

☑ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends placement at a medical facility due to the various medical issues of the Defendant.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☑ before 2 p.m. on   5/12/2022
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

RECEIVED
APR 24 2023
U.S.D.C.
W.P.

Case 7:21-cr-00024-CS  Document 125  Filed 04/25/23  Page 6 of 20
Case 7:21-cr-00024-CS  Document 114  Filed 03/29/22  Page 7 of 8
EXHIBIT A

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page 7 of 8

DEFENDANT: Erin Verespy
CASE NUMBER: 7:21-CR-00024 (CS) (2)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ 25,100.00 due immediately, balance due

    ☐ not later than _____ , or
    ☑ in accordance with ☐ C, ☑ D, ☐ E, or ☑ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☑ Payment in equal monthly (e.g., weekly, monthly, quarterly) installments of $ X over a period of ~~supervision~~ (e.g., months or years), to ~~commence~~ ~~(e.g., 30 or 60 days)~~ ~~release from imprisonment~~ ~~term of supervision~~; or

[handwritten: 20% of gross monthly income OR $1000 per month whichever is greater]

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:
During the term of imprisonment, the Defendant shall remit restitution in conjunction with the Inmate Financial Responsibility Program, but in any event not less than $25 per quarter. The Defendant must notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| 21 CR 24 (CS) - Vanessa Battle (1) | | 16,053,508.19 | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
$1,066,038.02 in U.S. currency

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.


EXHIBIT B

**(2) Inmates will receive a program review at least once every 180 calendar days. When an inmate is within twelve months of the projected release date, staff will conduct a program review at least once every 90 calendar days.**


RECEIVED
APR 24 2023
U.S.D.C.
W.P.

progstat                                    1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

88076054

| ORDER OF NOTICE IN FAMILY CASES<br>JD-FM-168 Rev. 12-21<br>P.A. 21-15; P.B. §§ 11-6, 11-7, 25-28 | **ADA NOTICE**<br>The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA. | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov  |
|---|---|---|
| | | **COURT USE ONLY**<br>**ORONOT** |

**Instructions:** To be used with the *Motion for Order of Notice in Family Cases*, form JD-FM-167.

| Judicial District | At (Town) | Docket number (if any) |
|---|---|---|
| Fairfield | Bridgeport | |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Verespy, David | Verespy, Enn |

**Notice to:** Party to be notified (Last, first, middle initial): Verespy, Enn (#88076-054)

**Return date, if applicable (Month/day/year):** 04/11/2023

A review of the *Motion for Order of Notice in Family Cases* and the Complaint/Application/Petition/Motion, which asks for:

- [X] Divorce (Dissolution of Marriage)
- [ ] Dissolution of Civil Union
- [ ] Legal Separation
- [ ] Custody of Children
- [ ] Other (specify): _____
- [ ] Annulment
- [ ] Visitation with Children
- [ ] Parentage Determination
- [ ] Support for Self or Child

## Court Order

[X] The Court finds that the party to be notified lives out of state at:

**Naval Air Station, J St Bldg 3000, Fort Worth, TX 76127**
*(Number, street, town, state, zip code)*

The Court Orders that the party filing the *Motion for Order of Notice in Family Cases* (form JD-FM-167) give notice to the party to be notified by having a State Marshal or other proper officer mail a true and attested copy of the:

- [X] Summons and Complaint plus Notice of Automatic Court Orders and a blank *Appearance* form.
- [ ] Application for Custody or Visitation, and Order to Attend Hearing plus Notice of Automatic Court Orders.
- [ ] Other (specify): _____

and this *Order of Notice in Family Cases* by registered or certified mail, personal return receipt requested to the party to be notified on or before **3/30/23**, or by having some authorized person in the state where the party to be notified lives serve the party and file proof of service with this Court; **OR**

The Court Orders that the party filing the *Motion for Order of Notice in Family Cases* give notice to the party to be notified in the following manner: **by the appropriate constable of TX**

**OR**

- [ ] The Court finds that the current address of the party to be notified is unknown and that all reasonable efforts have failed.

**The Court Orders** that notice be given to the party to be notified by placing the Notice on page 2 of this order on the State of Connecticut Judicial Branch's Legal Notices website **http://civilinquiry.jud.ct.gov/LegalNoticeList.aspx** and, if accompanying a Complaint for Divorce (Dissolution of Marriage), Complaint for Dissolution of Civil Union, Legal Separation or Annulment, or if accompanying an Application for Custody or Visitation or a Petition for Support, a statement that Automatic Court Orders have been issued in the case as required by Section 25-5, 25-5A, or 25a-7 of the Connecticut Practice Book and are a part of the Complaint/Application on file with the Court.

**The Court Orders** that Notice be published for 14 days commencing on or before *(date)* _____ and proof of publication be filed with this Court.

| Clerk/Assistant Clerk | Date signed |
|---|---|
| [signature] 1st Asst Clerk | 2/15/23 |

**See page 2 for Notice to be published.**

Page 1 of 2



might include work in Food Service, as a unit orderly, or in a maintenance shop. Unit staff assign work and approve all job changes. They also see that the changes are posted on the Daily Change Sheet. Ordinarily, an inmate will be on a job 90 days before being considered for a job change. Reports evaluating your work performance will be prepared by your supervisor every 90 days. Work performance will also be used when considering participation in community activities, if eligible. Unsatisfactory work reports may result in restriction from community programs. Additional factors considered in determining a specific work assignment are: your physical condition, education level, previous work experience, general attitude, ability to benefit from training, and plans for the future.

Some of the jobs available are:
*Food Service:* Cooks, Bakers, Salad Preparers, Orderlies, and Dishwasher Operators
*Medical Department:* Orderlies, Nursing Assistants & Inmate Helpers, Dental Assistants, Dental Lab Technicians, and Inmate Rehabilitation Assistants
*Mechanical Service:* Electricians, Plumbers, Cement Finishers, Masons, Mechanics, Painters, Carpenters, Draftswomen, Laborers, Clerks, and HVAC
*Education:* Librarians, Teacher Aides, and Clerks
*Laundry Department:* Clothing Dispensers and Clerks
*Safety:* Clerks, Housekeepers, Recycling and Warehouse Workers
*Institution Maintenance:* Landscape Workers and Building Orderlies
*Chapel:* Clerks and Orderlies
*Receiving and Discharge:* Orderlies
*Housing Units:* Orderlies

### Performance Pay

Each inmate is eligible to receive pay for satisfactory work performed, based on the grade level for the particular job. You receive the same performance pay generally at the rate of $.12 to $.40 per hour of satisfactory work performed, depending on the designated grade level. Pay grade levels range from 1 to 4, with 1 being the highest. Inmates who have a legitimate financial obligation (i.e., court assessments, fines, restitution, child support, etc.) and refuse to participate in the Inmate Financial Responsibility Program will receive only maintenance pay of $5.25 a month. Any inmate who has worked full-time for 12 consecutive months on an institution work assignment is eligible to take a five-day paid vacation at the inmates prevailing hourly rate.

Inmates receiving performance pay will be paid monthly. The pay period runs from the first day of the month through the last day of the month. Performance pay is posted to an inmate's trust fund account within 10 working days after the close of the pay period.

The pay grade of a work assignment is based on the degree of skill and supervision required for the position and the positions impact on the institution in comparison with other inmate work assignments. For example, a Grade 1 position must be a skilled position which has institution-wide impact and requires minimal supervision. Grades 2 through 4 require lower skill levels, greater supervision, and have less impact on the institution. Some details may have several Grade 1 positions, while other details may not have any Grade 1 positions.

### Inmate Financial Responsibility Program

Working closely with the Administrative Office of the Courts and the Department of Justice, the BOP administers a systematic payment program for court-imposed fines, fees, and costs In accordance with 18 U.S.C., Section 3624 (e). All designated inmates are required to sign an installment schedule agreement to meet their financial obligations, regardless of the extent of resources. Failure to sign the agreement schedule may delay or prevent release from incarceration. The schedule will be established by the United States Probation Office. These obligations may include: special assessments imposed under 18 USC 3013, court ordered restitution, fines and court costs, judgments in favor of the U.S., other debts owed the Federal government, and other court-ordered obligations (e.g., child support, alimony, other judgments).

Interest and penalties are associated with unpaid restitution and fines. Payment plans will be discussed at your team meetings. When an inmate has the resources to do so, it is intended that full payment will be made as expeditiously as possible. Inmates with sizable obligations and considerable community resources are ordinarily not to be considered as exercising adequate responsibility by making minimum payment from institution earnings. The imposition of larger financial obligations by the Court, like the imposition of longer sentences, reflects concern with the relative seriousness of the offense. In such cases, it ordinarily can be assumed the Court has taken into consideration the inmate's ability to pay.

Institution staff assists in planning, but the inmate is responsible for making all payments required, either from earnings within the institution or from outside resources. The inmate must provide documentation of compliance and payment. If an inmate refuses to meet his or her obligations, the inmate cannot receive performance pay above the maintenance pay



5.   **PAYMENT FOR HEALTH CARE SERVICES.**   [§ 549.70(b) Generally,

If you are an inmate as described in § 549.71, you must pay a fee for health care services of $2.00 per health care visit if you

a. receive health care services in connection with a

health care visit that you requested, (except for services described in § 549.72); or

b. are found responsible through the Disciplinary Hearing Process to have injured an inmate, who, as a result of the injury, requires a health care visit.]

28 CFR 549.71 refers to Section 6 of this PS; 28 CFR 549.72 refers to Section 7 of this PS.

If an inmate is evaluated by more than one provider during a health care visit, the inmate will only be charged for one visit.

Inmates will be charged a copay fee for a medical evaluation requested by non-clinical staff if the condition is not an emergency.


RECEIVED APR 24 2023 U.S.D.C. W.P.

progstat                                1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

49368019




**U.S. Department of Justice**

Federal Bureau of Prisons

# Program Statement

**OPI:** CPD/CPB

~~NUMBER: P5380.08~~

**DATE:** 8/15/2005

**SUBJECT:** <u>Financial Responsibility</u> Program, Inmate

**RULES EFFECTIVE:** 1/27/2000

1. [<u>PURPOSE AND SCOPE</u> §545.10. The Bureau of Prisons encourages each sentenced inmate to meet his or her legitimate financial obligations. As part of the initial classification process,

staff will assist the inmate in developing a <u>financial</u> plan for meeting those obligations, and at subsequent program reviews, staff shall consider the inmate's efforts to fulfill those obligations as indicative of that individual's acceptance and demonstrated level of <u>responsibility</u>. The provisions of this rule apply to all inmates in federal facilities, except: Study and observation cases, pretrial detainees, and inmates in holdover status pending designation.]

proj

1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

[d.  **Effects of Non-participation.** Refusal by an inmate to participate in the financial responsibility program or to comply with the provisions of his financial plan ordinarily shall result in the following:

(1)  Where applicable, the Parole Commission will be notified of the inmate's failure to participate;

(2)  The inmate will not receive any furlough (other than possibly an emergency or medical furlough);]

This restriction does not apply to inmates requiring medical furloughs and inmates with "OUT" or "COM" custody who are transferring from one institution to a minimum security level institution via an unescorted transfer.

[(3)  The inmate will not receive performance pay above the maintenance pay level, or bonus pay, or vacation pay;]

The Unit Team is to consider institution needs, particularly for skilled workers. Such needs may require that an inmate with a financial obligation be assigned to a lower paying, non-UNICOR work assignment. The Unit Team considers this when developing the inmate's financial plan. An inmate working above the maintenance pay level who fails to make satisfactory progress on his or her payment plan is to be reduced to maintenance pay.

[(4)  The inmate will not be assigned to any work detail outside the secure perimeter of the facility;]

Additionally, inmates will not be permitted to participate in activities outside the secure perimeter, such as speaking engagements.

[(5)  The inmate will not be placed in UNICOR. Any inmate assigned to UNICOR who fails to make adequate progress on his/her financial plan will be removed from UNICOR, and once removed, may not be placed on a UNICOR waiting list for six months. Any exceptions to this require approval of the Warden;]

The Unit Team may recommend an inmate for priority placement in UNICOR to assist in paying a significant financial obligation. Ordinarily, an inmate will not be recommended for priority placement unless he or she has obligations totaling at least

proj

1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

$1,000 and limited outside resources.

**[(6)    The inmate shall be subject to a monthly commissary spending limitation more stringent than the monthly commissary spending limitation set for all inmates.  This more stringent commissary spending limitation for IFRP refuses shall be at least $25 per month, excluding purchases of stamps, telephone credits, and, if the inmate is a common fare participant, Kosher/Halal certified shelf-stable entrees to the extent that such purchases are allowable under pertinent Bureau regulations;]**

Inmates in IFRP "REFUSE" status will not be permitted to spend more than $25 per month in commissary, excluding purchases of stamps and telephone credits.  Staff will not approve any special purchase item request(s) for inmates in IFRP "REFUSE" status, except for purchases of Kosher/Halal certified shelf-stable entrees for those inmates verified as common fare participants.

[(7)    The inmate will be quartered in the lowest housing status (dormitory, double bunking, etc.);

(8)    The inmate will not be placed in a community-based program.]

The Unit Team is to consider the inmate's participation in the IFRP as an important factor when determining Community Corrections Center (CCC) placement.

**[(9)    The inmate will not receive a release gratuity unless approved by the Warden.]**

When a non-participating inmate's need for funds is exceptionally great, the Unit Team may recommend to the Warden that a gratuity be given.

**[(10)    [Reserved]]** (This section is reserved for future rule changes.)

**[(11)    The inmate will not receive an incentive for participation in residential drug treatment programs.]**

Incentives are defined as early release, financial awards, maximum CCC placement consideration, and local institution incentives.  Staff are referred to the Drug Abuse Programs

2

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



BOP Program Statement 5220.01

DATE: July 14, 2021

## First Step Act Program Incentives

/s/

*Approved*: M.D. Carvajal

Director, Federal Bureau of Prisons

### 1. PURPOSE AND SCOPE

To ensure the Bureau of Prisons (Bureau) properly implements provisions of the First Step Act of 2018 (FSA) requiring the establishment of incentives for successful participation in recommended programs.

### 8. LOSS OR REMOVAL OF INCENTIVES

Inmates who refuse to participate in the Inmate Financial Responsibility Program (IFRP) will not receive incentive awards for participation/completion in EBRR's while on refuse status.

```
CRWAN   540*23  *           SENTENCE MONITORING            *    04-03-2023
PAGE 001        *           COMPUTATION DATA               *    15:08:54
                            AS OF 04-03-2023
```

REGNO..: 88076-054 NAME: VERESPY, ERIN


```
FBI NO............: 8NRAJFPAF          DATE OF BIRTH: 04-15-1971  AGE:  51
ARS1..............: CRW/A-DES
UNIT..............: UNT 2 LCP           QUARTERS.....: B01-015L
DETAINERS.........: NO                  NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 06-08-2026
FINAL STATUTORY RELEASE FOR INMATE.: 03-06-2027 VIA GCT REL
         WITH APPLIED FSA CREDITS.:  90  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 12-06-2026 VIA FSA REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION............: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER....................: 7:21-CR-00024 (CS) (
JUDGE............................: SEIBEL
DATE SENTENCED/PROBATION IMPOSED: 03-28-2022
DATE COMMITTED...................: 06-30-2022
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO
```

```
                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $16,053,508.19

 REMARKS.......: FULL DKT #: 7:21-CR-00024 (CS) (2)
```



RECEIVED
APR 24 2023
U.S.D.C.
W.P.

G0002        MORE PAGES TO FOLLOW . . .

## Here is what you will experience in the Life Connections Program:

- Opportunities for Spiritual Growth
- Deepening of Religious Roots
- Personal Mentoring
- Values and Social Responsibility Training
- Personal Journaling
- Victim Impact Programs
- Community Service Projects



"For so long I've been walking down a road that's going nowhere. Now the Life Connections Program is helping me build a better life. I'm making a spiritual connection that's giving me hope and purpose. It's not easy, but it's worth the struggle."

## The next step…

For additional information or to find out how you can join the Life Connections Program, contact your institution's Chaplain.



RECEIVED APR 24 2023 U.S.D.C. W.P.

**Federal Bureau of Prisons Residential Re-entry Program**



## Where do I GO from here?

## What REALLY counts?

## How do I CHANGE?



*Discover the answers in…*
*…Life Connections*

# Beginning a journey...

Do you feel like you're on a path that's leading you nowhere? Are you searching for a way to grow spiritually and personally? The Federal Bureau of Prisons Residential Re-Entry Program may be the answer for you. The Life Connections Program is a voluntary, intensive program open to all inmates who wish to follow a spiritual pathway to personal change and development. Inmates of all faiths or those still seeking a spiritual grounding are welcome to join.



## Making Connections

- to your creator, by learning how to better demonstrate your love and service.
- to yourself so you have greater knowledge and understanding of your unique character.
- to others so you can give and share as part of a community.
- to your environment so you are at peace with the world around you.



**\[RESIDEN\]TIAL LIFE CONNECTION (LCP) CDFRM**
**\[LCP\] PARTICIPATION AGREEMENT FORM**
**\[DEPARTMEN\]T OF JUSTICE**                                FEDERAL BUREAU OF PRISONS

## AGREEMENT TO PARTICIPATE IN THE BUREAU'S RESIDENTIAL LIFE CONNECTION PROGRAM

**GENERAL QUALIFICATIONS:**

(To be completed by inmate and witnessed by Chaplain)

Inmates who volunteer to participate in the Bureau of Prison's Residential Life policies prior to admission.

All program participants agree to participate in courses/classes/individual and/or group counseling sessions as designated by the LCP Chaplain and Unit Team.

All program participants agree to refrain from any behavior disruptive to the program or to the participants and staff of the program.

All program participants agree to complete all tasks as assigned.

All program participants agree to take part in all program activities as assigned.

All program participants agree to accept responsibility for not disclosing inmate information.

All program participants have been informed and understand that they may be expelled from the program for failure to comply with program rules and regulations. Inmates will always be considered for immediate expulsion when they have committed a prohibited act. The institution's Review Committee will evaluate all inmates to determine continued appropriateness for the program.

All program participants understand that they must continue to meet their ~~FRP~~ and/or ~~GED~~ obligations to remain in the program.

**AGREEMENT AND RESPONSIBILITIES:**

I understand that I am responsible for:

1. Knowing the rules, goals, and schedules of my spiritual development program;

- Attending all scheduled sessions that are assigned to me. Should I leave prior to the conclusion of the session, without permission, this will be considered an absence;

- Completing all assignments on time;

- Participating actively in group sessions. Examples of active participation include appropriate self-disclosure and providing feedback

Case 7:21-cr-00024-CS   Document 125   Filed 04/25/23   Page 19 of 20

EXHIBIT "J" Page 2 of 2

BP-A0742
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## LIFE CONNECTIONS PROGRAM (LCP) REFERRAL FORM

Applicant information (to be completed by staff):

**Name:** Erin Verespy
**Number:** 88076-054
**Institution:** FMC Carswell
**Date:** 10/6/2022

**A. REVIEWED BY CHAPLAINCY TEAM:**
1. Official Religious Preference (SENTRY): Catholic
2. Inmate has completed the three-session orientation:   Yes: ✓   No: ____
3. Chaplaincy team's recommendation:   Yes: ✓   No: ____

Chaplain's Signature: [signature]
Comments: OK

**B. REVIEWED BY UNIT TEAM:**
Unit Team's recommendation [signature]   Yes: ✓   No: ____

Unit Manager's Signature: [signature]
Comments:

**C. REVIEWED BY ASSOCIATE WARDEN**
Associate Warden's Recommendation   Yes: ✓   No: ____

Associate Warden's Signature: [signature]
Comments: No issues

**D. WARDEN'S DECISION:**   Approved: ✓   Denied: ____

Warden's Signature: [signature]   Date: 2/24/23

**E. UNIT TEAM:**
The completed application was mailed to the C.O. Life Connection Program Coordinator:

Unit Team Member's Signature: _____   Date: _____

PDF | Prescribed by P5325 | This form replaces B-S742 dtd FEB 94

